BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED MUSA ATIFFI, | No. 2:12-cv-3001 LKK GGH |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Janet Napolitano, Secretary of the Department of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged an alleged delay in agency action on an I-130 visa petition. The parties are exploring the possibility of an administrative resolution to the matter, and consequently agree to a 60-day extension of time in which to file the joint status report and the government's answer to the complaint.

Respectfully submitted,

Dated: February 19, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Sarah Castello
Sarah Castello
Attorney for the Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's answer to the complaint is extended to April 19, 2012, and the scheduling conference is reset to May 13, 2013 at 1:30 p.m. The parties are reminded of their obligation to file status reports 14 days preceding the status conference.

IT IS SO ORDERED.

DATED: February 19, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT