Robert B. Jobe ((Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MOHAMMED MUSA ATIFFI,<br><br>    Plaintiff,<br><br>    v.<br><br>HILLARY RODHAM CLINTON, *et al.*,<br><br>    Defendants. | Case. No.: 2:12-cv-3001 LKK DAD<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO RESET MOTION HEARING DATE TO JULY 29, 2013** |

    This is an immigration case in which Plaintiff, Mr. Atiffi, challenges the denial of his wife's immigrant visa application by the U.S. Consulate in Kabul, Afghanistan. Defendants have filed a motion to dismiss and a hearing date has been noticed for May 28, 2013 at 10:00 a.m. Plaintiff will be filing a response to Defendants' motion to dismiss and a cross motion for summary judgment. In order to permit additional time for briefing, the parties now stipulate to reschedule the hearing date of May 28, 2013 to July 29, 2013 at 10:00 a.m. Likewise, the parties

1

1  stipulate to continuing the scheduling conference, now set for July 1, 2013 at 1:30 p.m., to
2  August 19, 2013 at 1:30 p.m.  The parties shall file status reports 14 days preceding the hearing.
3
4  Dated: May 13, 2013
5                                          Respectfully submitted,
6                                          LAW OFFICE OF ROBERT JOBE
7                                          /s/
   Robert B. Jobe
8  550 Kearny Street, Ste. 200
   San Francisco, CA 94108
9  (415) 956-5513 phone
   federal@jobelaw.com
10 Attorney for Petitioner
11
12                                          /s/
   Audrey B. Hemesath
   Assistant United Attorney
13 501 I Street, Ste 10-100
   Sacramento, CA 95814
14 (915) 554-2700
   Audrey.Hemesath@usdoj.gov
15 Attorney for Defendants
16
17                                    **ORDER**
18      Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY
19 ORDERED that, the motions hearing now scheduled for May 28, 2013 is reset to July 29, 2013
20 at 10:00 a.m..
21
22 Dated: May 14, 2013.
23
24                              LAWRENCE K. KARLTON
25                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
26
27
28                                        2