1  Robert B. Jobe ((Cal. State Bar #133089)
   Sarah B. Castello (Cal. State Bar #244735)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Ste. 200
3  San Francisco, CA 94108
   Tel:   (415) 956-5513
4  Fax:   (415) 684-7293
   Email: federal@jobelaw.com
5
   Attorneys for Plaintiff.
6

7
                UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9
                       SACRAMENTO DIVISION
10

11 MOHAMMED MUSA ATIFFI,           )   Case. No.:  2:12-cv-3001 LKK DAD
                                   )
12                                 )
            Plaintiff,             )
13                                 )
                                   )
14      v.                         )   **JOINT STIPULATION AND**
                                   )   **PROPOSED ORDER TO RESET**
15                                 )   **MOTION HEARING DATE**
                                   )   **TO JULY 29, 2013**
16                                 )
   HILLARY RODHAM CLINTON, *et al.*,)
17                                 )
            Defendants.            )
18                                 )
                                   )
19                                 )
   _____ )
20

21      This is an immigration case in which Plaintiff, Mr. Atiffi, challenges the denial of his

22 wife's immigrant visa application by the U.S. Consulate in Kabul, Afghanistan. Defendants have

23 filed a motion to dismiss and a hearing date has been noticed for May 28, 2013 at 10:00 a.m.

24 Plaintiff will be filing a response to Defendants' motion to dismiss and a cross motion for

25 summary judgment. In order to permit additional time for briefing, the parties now stipulate to

26 reschedule the hearing date of May 28, 2013 to July 29, 2013 at 10:00 a.m. Likewise, the parties

27

28                                      1

stipulate to continuing the scheduling conference, now set for July 1, 2013 at 1:30 p.m., to August 19, 2013 at 1:30 p.m.  The parties shall file status reports 14 days preceding the hearing.

Dated: May 13, 2013

                              Respectfully submitted,

                              LAW OFFICE OF ROBERT JOBE

                              /s/
                              Robert B. Jobe
                              550 Kearny Street, Ste. 200
                              San Francisco, CA 94108
                              (415) 956-5513 phone
                              federal@jobelaw.com
                              Attorney for Petitioner


                              /s/
                              Audrey B. Hemesath
                              Assistant United Attorney
                              501 I Street, Ste 10-100
                              Sacramento, CA 95814
                              (915) 554-2700
                              Audrey.Hemesath@usdoj.gov
                              Attorney for Defendants


**ORDER**

Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, the motions hearing now scheduled for May 28, 2013 is reset to July 29, 2013 at 10:00 a.m..

Dated: May 14, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2