Robert B. Jobe ((Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MOHAMMED MUSA ATIFFI,<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>HILLARY RODHAM CLINTON, *et al.*,<br><br>    Defendants. | Case. No.:  2:12-cv-3001 LKK DAD<br><br><br><br>**JOINT STIPULATION AND ORDER TO RESET MOTION HEARING DATE TO SEPTEMBER 16, 2013** |

   This is an immigration case in which Plaintiff, Mr. Atiffi, challenges the denial of his wife's immigrant visa application by the U.S. Consulate in Kabul, Afghanistan. Defendants have filed a motion to dismiss and a hearing date has been noticed for July 29, 2013 at 10:00 a.m. The Court has agreed to reset the motions hearing date on one prior occasion.

   Undersigned counsel has been notified of an urgent family medical emergency which requires her to travel out of state immediately. Therefore, in order to permit additional time for

1

briefing, the parties now stipulate to reschedule the hearing date from July 29, 2013 to September 16, 2013 at 10:00 a.m. Likewise, the parties stipulate to continuing any scheduling conference in accordance with the new hearing date.

Dated: June 30, 2013

Respectfully submitted,

LAW OFFICE OF ROBERT JOBE

/s/  Sarah B. Castello
Robert B. Jobe
Sarah B. Castello
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513 phone
federal@jobelaw.com
Attorney for Petitioner

 /s/  Audrey B. Hemesath
Audrey B. Hemesath
Assistant United Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
(915) 554-2700
Audrey.Hemesath@usdoj.gov
Attorney for Defendants

**ORDER**

Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, the motions hearing now scheduled for July 29, 2013 to September 23, 2013.

Dated: July 2, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT