1 | Robert B. Jobe ((Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
2 | LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
3 | San Francisco, CA 94108
Tel:   (415) 956-5513
4 | Fax:   (415) 684-7293
Email: federal@jobelaw.com
5 |
Attorneys for Plaintiff.
6 |

7 |
UNITED STATES DISTRICT COURT FOR THE
8 |
EASTERN DISTRICT OF CALIFORNIA
9 |
SACRAMENTO DIVISION
10 |

11 | MOHAMMED MUSA ATIFFI,                    )     Case. No.:  2:12-cv-3001 LKK DAD
                                         )
12 |                                          )
         Plaintiff,                      )
13 |                                          )
                                         )
14 |    v.                                )     **JOINT STIPULATION AND
                                         )     ORDER TO RESET
15 |                                          )     MOTION HEARING DATE
                                         )     TO SEPTEMBER 16, 2013**
16 |                                          )
HILLARY RODHAM CLINTON, *et al.*,        )
17 |                                          )
         Defendants.                     )
18 |                                          )
                                         )
19 |                                          )
_____ )
20 |

21 |       This is an immigration case in which Plaintiff, Mr. Atiffi, challenges the denial of his

22 | wife's immigrant visa application by the U.S. Consulate in Kabul, Afghanistan. Defendants have

23 | filed a motion to dismiss and a hearing date has been noticed for July 29, 2013 at 10:00 a.m. The

24 | Court has agreed to reset the motions hearing date on one prior occasion.

25 |       Undersigned counsel has been notified of an urgent family medical emergency which

26 | requires her to travel out of state immediately. Therefore, in order to permit additional time for

27 |

28 |                                          1

1   briefing, the parties now stipulate to reschedule the hearing date from July 29, 2013 to

2   September 16, 2013 at 10:00 a.m. Likewise, the parties stipulate to continuing any scheduling

3   conference in accordance with the new hearing date.

4

5   Dated: June 30, 2013

6                                               Respectfully submitted,

7                                               LAW OFFICE OF ROBERT JOBE

8                                               /s/  Sarah B. Castello
                                                Robert B. Jobe
9                                               Sarah B. Castello
                                                550 Kearny Street, Ste. 200
10                                              San Francisco, CA 94108
                                                (415) 956-5513 phone
11                                              federal@jobelaw.com
                                                Attorney for Petitioner

12

13                                               /s/  Audrey B. Hemesath
                                                Audrey B. Hemesath
14                                              Assistant United Attorney
                                                501 I Street, Ste 10-100
15                                              Sacramento, CA 95814
                                                (915) 554-2700
16                                              Audrey.Hemesath@usdoj.gov
                                                Attorney for Defendants

17

18                                    **ORDER**

19

20      Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY

    ORDERED that, the motions hearing now scheduled for July 29, 2013 to September 23, 2013.
21

22

    Dated: July 2, 2013.
23

24

25      _____
        LAWRENCE K. KARLTON
26      SENIOR JUDGE
        UNITED STATES DISTRICT COURT
27

28                                        2